UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
|         Plaintiff, ) | | |
| ) | | |
| vs. ) | | 1:02-cr-0123-SEB-TAB |
| ) | | -2 |
| ) | | |
| JASON WILBURN, ) | | |
|         Defendant. ) | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore=s Report and Recommendation that Jason Wilburn=s supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The defendant shall be placed on home detention with electronic monitoring for up to a period of a 120 days.

SO ORDERED.

Date: 12/5/2014

                                                _____
                                                SARAH EVANS BARKER, JUDGE
                                                United States District Court
                                                Southern District of Indiana

Distribution:

Winfield Ong
Assistant U. S. Attorney
winfield.ong@usdoj.gov

Mike Donahoe
Indiana Federal Community Defender's Office
mike.donahoe@fd.org

U. S. Parole and Probation

U. S. Marshal